IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No.: 3:21CR106-MHL-1 |
| | ) | |
| CALVARSI SHAMAR WEBB, | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL AND TO APPOINT NEW COUNSEL FOR DEFENDANT

COMES NOW the defendant, Calvarsi Shamar Webb ("Mr. Webb"), by counsel, Matthew T. Paulk, and offers the following for his Motion to Withdraw as Counsel and to Appoint New Counsel:

1) On March 20, 2020, the Court appointed the undersigned to represent Mr. Webb in connection with a target letter he had received from the United States Attorney's Office ("the Government").

2) On September 8, 2021, the Government filed an indictment in this Court against Mr. Webb, and on September 9, 2021, this Court appointed the undersigned to represent Mr. Webb in connection with that indictment.

3) On Wednesday, March 9, 2022, the Virginia General Assembly voted to confirm the undersigned as a new judge on the Richmond City General District Court. Counsel will officially assume that role on April 16, 2022.

4) As the undersigned will not be available to act as counsel for Mr. Webb in connection with this matter, counsel is asking this Court to allow him to withdraw as counsel of record and to appoint Mr. Webb new counsel of record in this matter.

5) The undersigned has had no contact with Mr. Webb since before the current indictment was lodged against him, therefore, counsel is unable to represent to the Court Mr. Webb's feelings with respect to the undersigned's request.

WHEREFORE, Mr. Webb, by counsel, respectfully requests this Court allow the undersigned to withdraw as his counsel in this matter and to appoint him new counsel of record.

Respectfully Submitted,

Calvarsi Shamar Webb

By Counsel

_____/s/_____
Matthew T. Paulk, VSB #39296
Counsel for Calvarsi Shamar Webb
2727 McRae Road
North Chesterfield, Virginia 23235
T: (804) 648-6488
F: (804) 272-3317

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2022, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

_____/s/_____
Matthew T. Paulk
Counsel for Calvarsi Shamar Webb

Matthew T. Paulk, VSB #39296
Counsel for Calvarsi Shamar Webb
2727 McRae Road
North Chesterfield, Virginia 23235
T: (804) 648-6488
F: (804) 272-3317